*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO. 4:08CR00076-001 SWW

DONALD LAMONT TEAGUE

<u>ORDER</u>

Pending before the Court is defendant's motion to continue revocation hearing until after the resolution of the pending state charges. The government has no objection to the continuance. The Court has fully considered the motion and finds that, for good cause shown, the motion to continue should be granted.

IT IS THEREFORE ORDERED that defendant's motion for continuance of the revocation hearing [doc #35] be, and it is hereby, **granted**. The supervised release revocation hearing will be rescheduled to **Friday, February 3, 2012 at 1:00 p.m.**

Dated this 16TH day of December 2011.

<u>/s/Susan Webber Wright</u>
United States District Judge

### *IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                             NO. 4:08CR00076-001 SWW

DONALD LAMONT TEAGUE

### ORDER

Pending before the Court is defendant's motion to continue revocation hearing until after the resolution of the pending state charges. The government has no objection to the continuance. The Court has fully considered the motion and finds that, for good cause shown, the motion to continue should be granted.

IT IS THEREFORE ORDERED that defendant's motion for continuance of the revocation hearing [doc #35] be, and it is hereby, *granted*. The supervised release revocation hearing will be rescheduled to *Friday, February 3, 2012 at 1:00 p.m.*

Dated this 16TH day of December 2011.

/s/Susan Webber Wright
United States District Judge